| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, CHAPEL HILL – CARRBORO NAACP, GREENSBORO NAACP, HIGH POINT NAACP, MOORE COUNTY NAACP, STOKES COUNTY BRANCH OF THE NAACP, WINSTON SALEM – FORSYTH COUNTY NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROY ASBERRY COOPER III, in his official capacity as the Governor of North Carolina; JOSHUA MALCOM, in his official capacity as Chair of the North Carolina State Board of Elections; KEN RAYMOND, in his official capacity as Secretary of the North Carolina State Board of Elections; STELLA ANDERSON, DAMON CIRCOSTA, ROBERT CORDLE, STACY EGGERS IV, JAY HEMPHILL, VALERIE JOHNSON, and JOHN LEWIS, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants,*<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Proposed Intervenors.* | CASE NO. 1:18-cv-01034-LCB-LPA<br><br>**MOTION TO INTERVENE** |

# MOTION TO INTERVENE BY HON. PHILIP E. BERGER, IN HIS OFFICIAL CAPACITY AS PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE, AND HON. TIMOTHY K. MOORE, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES

Pursuant to Federal Rule of Civil Procedure 24, Philip E. Berger, President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, Speaker of the North Carolina House of Representatives, respectfully move to intervene on behalf of the General Assembly to oppose Plaintiffs' challenges to Senate Bill 824, legislation that the North Carolina General Assembly enacted over the veto of Defendant Governor Roy Cooper. The motion should be granted for the reasons stated in the accompanying brief in support.

On January 8, 2019, counsel for Proposed Intervenors emailed both Alec Peters of the North Carolina Department of Justice and Irving Joyner, counsel for Plaintiffs, to inquire about the parties' position on this motion. On January 11, Mr. Joyner indicated that Plaintiffs at this point intend to oppose this motion. Also on January 11, Mr. Peters communicated the position that there are currently no members appointed to the State Board of Elections and therefore those defendants are not in a position to consent or oppose the motion to intervene. He also indicated that he did not yet have a position to communicate with respect to the Governor.

Dated: January 14, 2019

/s/ Nicole J. Moss
COOPER & KIRK, PLLC
Michael W. Kirk*
David H. Thompson*
Peter A. Patterson*

Respectfully submitted,

/s/ Nathan A. Huff
PHELPS DUNBAR LLP
4140 ParkLake Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 789-5300

1

Nicole J. Moss (State Bar No. 31958)
Haley N. Proctor*
Nicole Frazer Reaves*
Joseph O. Masterman*
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601
nmoss@cooperkirk.com
*Counsel for Proposed Intervenors*

*Notice of Appearance Forthcoming

Fax: (919) 789-5301
nathan.huff@phelps.com
State Bar No. 40626
*Local Civil Rule 83.1 Counsel for Proposed Intervenors*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on January 14, 2019, I electronically filed the foregoing Motion and the accompanying Answer with the Clerk of the Court using the CM/ECF system. I further certify that, on January 14, 2019, copies of the Motion and Answer were mailed via regular and electronic mail by counsel for Proposed Intervenors to Alec Peters of the North Carolina Department of Justice.[1]

/s/ Nicole J. Moss
Nicole J. Moss

---

[1] As noted in the foregoing Motion, Mr. Peters has communicated the position that there are currently no members appointed to the State Board of Elections. Proposed Intervenors have served him with their motion and accompanying papers on the assumption that his office will represent both the Governor and the Board, once it is constituted.