# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, CHAPEL HILL – CARRBORO NAACP, GREENSBORO NAACP, HIGH POINT NAACP, MOORE COUNTY NAACP, STOKES COUNTY BRANCH OF THE NAACP, WINSTON SALEM – FORSYTH COUNTY NAACP, | CASE NO. 1:18-cv-01034-LCB-LPA |
| *Plaintiffs,* | |
| v. | **NOTICE OF APPEARANCE** |
| ROY ASBERRY COOPER III, in his official capacity as the Governor of North Carolina; JOSHUA MALCOM, in his official capacity as Chair of the North Carolina State Board of Elections; KEN RAYMOND, in his official capacity as Secretary of the North Carolina State Board of Elections; STELLA ANDERSON, DAMON CIRCOSTA, ROBERT CORDLE, STACY EGGERS IV, JAY HEMPHILL, VALERIE JOHNSON, and JOHN LEWIS, in their official capacities as members of the North Carolina State Board of Elections, | |
| *Defendants,* | |
| and | |
| PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, | |
| *Proposed Intervenors.* | |

Please take notice of the appearance of David H. Thompson as counsel for Proposed

Intervenors in the above-captioned case pursuant to Local Rule 83.1(d).

By: /s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue N.W.,
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
*Counsel for Proposed Intervenors*

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on January 23, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system. I further certify that, on January 23, 2019, a copy of this Notice was mailed via regular and electronic mail by counsel for Proposed Intervenors to Alec Peters of the North Carolina Department of Justice.[1]

/s/ David H. Thompson
David H. Thompson

---

[1] As noted in Proposed Intervenors' Motion to Intervene, Mr. Peters has communicated the position that there are currently no members appointed to the State Board of Elections. Proposed Intervenors have served him with this Notice on the assumption that his office will represent both the Governor and the Board, once it is constituted.

2