**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

NORTH CAROLINA STATE CONFERENCE OF THE NAACP, CHAPEL HILL – CARRBORO NAACP, GREENSBORO NAACP, HIGH POINT NAACP, MOORE COUNTY NAACP, STOKES COUNTY BRANCH OF THE NAACP, WINSTON SALEM – FORSYTH COUNTY NAACP

*Plaintiffs,*

v.

ROY ASBERRY COOPER III, in his official capacity as the Governor of North Carolina; DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; STELLA E. ANDERSON, in her official capacity as Secretary of the North Carolina State Board of Elections; DAVID C. BLACK, KEN RAYMOND, and JEFFERSON CARMON III, in their official capacities as members of the North Carolina State Board of Elections,

*Defendants,*

and

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,

*Proposed Intervenors.*

CASE NO. 1:18-cv-01034-LCB-LPA

**PROPOSED INTERVENORS' MOTION FOR A STAY PENDING APPEAL, OR, IN THE ALTERNATIVE, TO PARTICIPATE AS DEFENDANTS PENDING APPEAL**

**PROPOSED INTERVENORS' MOTION FOR A STAY PENDING APPEAL, OR, IN THE ALTERNATIVE, TO PARTICIPATE AS DEFENDANTS PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62 and this Court's inherent powers, Philip E. Berger, President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, Speaker of the North Carolina House of Representatives, respectfully move this Court to stay its proceedings pending appeal of the de facto denial of their motion to intervene, or, in the alternative, to allow them to participate as defendants in the proceedings pending resolution of their appeal. The motion should be granted for the reasons stated in the accompanying brief in support.

Dated: September 23, 2019

Respectfully submitted,

/s/ Nicole J. Moss
COOPER & KIRK, PLLC
Michael W. Kirk
David H. Thompson
Peter A. Patterson
Nicole J. Moss (State Bar No. 31958)
Haley N. Proctor
Nicole Frazer Reaves
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
nmoss@cooperkirk.com
*Counsel for Proposed Intervenors*

/s/ Nathan A. Huff
PHELPS DUNBAR LLP
4140 ParkLake Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 789-5300
Fax: (919) 789-5301
nathan.huff@phelps.com
State Bar No. 40626
*Local Civil Rule 83.1 Counsel for Proposed Intervenors*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that, on September 23, 2019, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

<u>/s/ Nicole J. Moss</u>
Nicole J. Moss