IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROY A. COOPER, III, et al., <br><br> Defendants. | 1:18CV1034 |

**ORDER**

This matter is before the Court on Joint Motion to Expand Word Limits for Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction and Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. (ECF No. 79.)

Based on representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED, and Plaintiffs may file a memorandum in support of their motion for preliminary injunction of up to 9,600 words in length. Defendants may file a response in opposition to Plaintiffs' motion for preliminary injunction of up to 9,600 words in length, and Plaintiffs may file a reply memorandum in support of their motion for preliminary injunction of up to 4,800 words in length.

This, the 30th day of September 2019.

/s/ Loretta C. Biggs
United States District Judge