UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, CHAPEL HILL—CARRBORO NAACP, GREENSBORO NAACP, HIGH POINT NAACP, MOORE COUNTY NAACP, STOKES COUNTY BRANCH OF THE NAACP, WINSTON-SALEM—FORSYTH COUNTY NAACP,<br>*Plaintiffs*,<br><br>v.<br><br>ROY ASBERRY COOPER III, in his official capacity as the Governor of North Carolina; ROBERT CORDLE, in his official capacity as Chair of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as Secretary of the North Carolina State Board of Elections; KENNETH RAYMOND, JEFFERSON CARMON III, and DAVID C. BLACK, in their official capacities as members of the North Carolina State Board of Elections,<br><br>*Defendants*<br><br>and<br><br>VOTER INTEGRITY PROJECT NC, INC.,<br><br>*Proposed Defendant-Intervenor*. | Case No. 1:18-CV-1034<br><br>**MOTION TO INTERVENE** |

The Voter Integrity Project NC, Inc. (VIP-NC) by and through undersigned counsel, respectfully move this Court for leave to intervene as Defendant as a matter of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure, or, in the alternative,

1

permissively under Rule 24(b)(1). Pursuant to Federal Rule of Civil Procedure 24, VIP-NC's proposed responsive filing is attached to this motion.

Counsel for VIP-NC contacted counsel for the parties to request consent to this motion. Counsel for the State Board Defendants stated that they object to this motion. Counsel for Plaintiffs stated that they oppose this motion and intend to file a response in opposition.

In support of this motion, VIP-NC submits the accompanying supporting memorandum of points and authorities.

Dated: March 26, 2020

Respectfully Submitted,

 /s/ Kaylan L. Phillips
Kaylan L. Phillips
Public Interest Legal Foundation
32 E. Washington St., Suite 1675
Indianapolis, Indiana 46204
Tel: 317-203-5599
Fax: 888-815-5641
kphillips@publicinterestlegal.org
*Counsel for Proposed Defendant-Intervenor*


 /s/ Timothy R. Haga_____
Timothy R. Haga (NC Bar 33963)
PO Box 37083
Raleigh NC 27627
Tel: 919-341-5774
tim@hagalawnc.com
*Local Civil Rule 83.1 Counsel for Proposed Defendant-Intervenor*

## CERTIFICATE OF SERVICE

I certify that on March 26, 2020, I caused the foregoing to be filed with the United States District Court for the Middle District of North Carolina via the Court's CM/ECF system, which will serve all registered users.

                                              /s/ Kaylan L. Phillips
                                              Kaylan L. Phillips
                                              Public Interest Legal Foundation
                                              32 E. Washington St., Suite 1675
                                              Indianapolis, Indiana 46204
                                              kphillips@publicinterestlegal.org