# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROY ASBERRY COOPER III, in his official capacity as the Governor of the North Carolina, *et al.*, <br><br> *Defendants.* | No. 1:18-cv-01034 |

## NOTICE OF ATTORNEY APPEARANCE

I, Preston Smith, am authorized to practice in this court under Local Civil Rule 83.1 (d). I appear in this case as counsel for Plaintiffs in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Irving Joyner.

Dated: March 25, 2021

Respectfully submitted,

By: */s/ Preston Smith*
Preston Smith
DC Bar No. 1002179
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
E-mail: preston.smith@arnoldporter.com

By: */s/ Irving Joyner*
Irving Joyner (NC Bar No. 7830)
P.O. Box 374
Cary, NC 27512
(919) 319-8353

ijoyner@nccu.edu

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing NOTICE OF APPEARNCE with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

Dated: March 25, 2021

Respectfully submitted,

By: */s/ Preston Smith*
Preston Smith
DC Bar No. 1002179
Attorney for Plaintiffs
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
E-mail: preston.smith@arnoldporter.com

*Counsel for Plaintiffs*