UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-cv-01034

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al. | |
| Plaintiffs, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| v. | |
| ROY ASBERRY COOPER III, in his official capacity as the Governor of North Carolina; et al. | **(Local Rule 83.1(e)(2))** |
| Defendants. | |

PLEASE TAKE NOTICE that Special Deputy Attorney General Terence Steed hereby substitutes as counsel in this matter for Special Deputy Attorney General Olga E. Vysotskaya de Brito, pursuant to Local Civil Rule 83.1(e)(2), on behalf of all members of the North Carolina State Board of Elections sued in their official capacities[1].

Respectfully submitted, this 15th day of July, 2021.

JOSHUA H. STEIN
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761
E-Mail: tsteed@ncdoj.gov
Counsel for State Board Defendants

---

[1] Prior members of the North Carolina State Board of Elections have been automatically substituted with the current members in this matter pursuant to Fed. R. Civ. P. 25(d).