UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-cv-01034

| | | |
|---|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **NOTICE OF WITHDRAWAL** |
| v. | ) ) | **AND SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| ROY ASBERRY COOPER III, in his | ) | |
| official capacity as the Governor of | ) | **(Local Rule 83.1(e)(2))** |
| North Carolina; et al. | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Special Deputy Attorney General Laura H. McHenry

hereby substitutes as counsel in this matter for Special Deputy Attorney General Paul M.

Cox, pursuant to Local Civil Rule 83.1(e)(2), on behalf of the Defendants, members of the

North Carolina State Board of Elections sued in their official capacities.  Special Deputy

Attorney General Paul M. Cox has accepted another position and will no longer be

employed with the North Carolina Department of Justice and should be terminated from

the docket as representing the above-stated Defendants.

This the 7th day of September, 2021.

JOSHUA H. STEIN
Attorney General

/s/Laura H. McHenry
Special Deputy Attorney General
N.C. State Bar No. 45005
lmchenry@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone:  (919) 716-6900
Facsimile:  (919) 716-6763
E-Mail: lmchenry@ncdoj.gov