UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-cv-01034

NORTH CAROLINA STATE
CONFERENCE OF THE NAACP, et al.,

    Plaintiffs,

v.

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, et al.,

    Defendants.

**STATE BOARD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants Damon Circosta, in his official capacity as Chair of the State Board of Elections; Stella Anderson, in her official capacity as Secretary of the State Board of Elections; Jeff Carmon III, Wyatt T. Tucker Sr., and Stacy "Four" Eggers, IV, in their official capacities as Members of the State Board of Elections (collectively "State Board Defendants"), through undersigned counsel, to move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1(g) as to Plaintiffs' claims against them as there exists no genuine issues of material fact which support Plaintiff's claim of an alleged violation of constitutional rights or the Voting Rights Act by any of these Defendants. In support of this motion, State Board Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith pursuant to Local Civil Rule 56.1, including a Memorandum of Law, and previously filed affidavits and exhibits.

Respectfully submitted this the 2nd day of October, 2021.

> JOSHUA H. STEIN
> Attorney General
>
> /s/ Terence Steed
> Terence Steed
> Special Deputy Attorney General
> N.C. State Bar No. 52809
> Email: tsteed@ncdoj.gov
>
> Laura McHenry
> Special Deputy Attorney General
> N.C. State Bar No. 45005
> E-Mail: lmchenry@ncdoj.gov
>
> N.C. Department of Justice
> Post Office Box 629
> Raleigh, NC 27602
> Telephone: (919) 716-6567
> Facsimile: (919) 716-6763
>
> *Counsel for the State Board Defendants*