# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al | ) ) ) ) | |
| Plaintiffs, | ) ) | 1:18CV1034 |
| v. | ) ) | |
| ROY COOPER, et al | ) ) | |
| Defendants. | ) | |

# NOTICE OF HEARING
============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

PLACE: **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC, Courtroom No. 4**
DATE & TIME: **November 21, 2023 – 10:00 a.m.**
PROCEEDING: **Status Conference/Motion Hearing Re: Objection to Magistrate Judge's Order, and [215] Motion to Set a Trial Date**

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Case Manager

Date: October 13, 2023

TO: ALL COUNSEL AND/OR PARTIES OF RECORD