# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA STATE
CONFERENCE OF THE NAACP et al

    v.                                              Case Number: 1:18CV1034

ROY A COOPER, III et al

# NOTICE
==============

       **TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case:

| | |
|---|---|
| PLACE: | **Hiram H. Ward Federal Building** |
| | **251 N. Main Street, Winston-Salem, North Carolina** |
| | **Courtroom No. 4** |
| DATE & TIME: | **May 6, 2024 – 09:30 a.m.** |
| PROCEEDING: | **Bench Trial** |

___

       The parties shall comply in all respects with Fed.R. Civ. P. 26(a)(3) regarding final pretrial disclosures, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than April 5, 2024. Motions in limine must be filed no later than April 12, 2024. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than April 19, 2024.**

       In addition, no later than **April 15, 2024**, **each party shall file a trial brief, stipulations, motions, and witness lists. In addition, within 21 days following the trial of this case, each party shall file proposed findings of fact and conclusions of law.** An electronic Word version of the findings of fact and conclusions of law shall be emailed to the assigned district judge's ECF mailbox. **Further, the parties shall comply with all of Judge Biggs' Judicial Preferences located on the Court's website, unless otherwise ordered.**

___

John S. Brubaker, Clerk

By:    Debbie Blay, Deputy Clerk
Date:   February 12, 2024

TO:    ALL COUNSEL OF RECORD