# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*,<br><br>　　　　*Defendants*,<br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina State Senate, *et al.*,<br><br>　　　　*Legislative Defendants*. | No. 1:18-cv-01034 |

## JOINT NOTICE OF AVAILABILITY FOR HEARING

Following the February 14, 2024 text order, counsel of record for Plaintiffs, Defendants, and Legislative Defendants consulted about availability for a hearing on the matter referred to Magistrate Judge Auld in the Court's February 12, 2024 Order (ECF No. 228). The Parties submit that between the dates of February 22, 2024, and February 29, 2024, the Parties are all available for a hearing at any time of the Court's choosing on February 26 and February 27, 2024.

Respectfully submitted this 16th day of February, 2024

By: /s/ Irving Joyner
Irving Joyner
NC State Bar No. 7830
P.O. Box 374
Cary, NC 27512
Phone: (919) 319-8353
ijoyner@nccu.edu

By: /s/ Penda D. Hair
Penda D. Hair
DC Bar No. 335133
**FORWARD JUSTICE**
P.O. Box 42521
Washington, DC 20015
Phone: (202) 256-1976
phair@forwardjustice.org

Caitlin A. Swain
NC Bar No. 57042
Kathleen E. Roblez
NC Bar No. 57039
Ashley Mitchell
NC Bar No. 56889
**FORWARD JUSTICE**
P.O. Box 1932
Durham, NC 27721
Phone: (919) 323-3889
cswain@forwardjustice.org
kroblez@forwardjustice.org
amitchell@forwardjustice.org

By: /s/ John Freedman
John A. Freedman
DC Bar No. 453075
Jeremy C. Karpatkin
DC Bar No. 980263
Preston Smith
DC Bar No. 1002179
**ARNOLD & PORTER KAYE SCHOLER LLP**

601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-6603
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Preston.Smith@arnoldporter.com

*By: /s/ John C. Ulin*
John C. Ulin
CA Bar 165524
**TROYGOULD**
1801 Century Park East
Los Angeles, CA 90067
Phone: (310) 789-1224
julin@troygould.com

*Counsel for Plaintiffs*

*By:* /s/ *Nicole J. Moss*
Nicole J. Moss (State Bar No. 31958)
David H. Thompson
Peter A. Patterson
Clark L. Hildabrand
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
nmoss@cooperkirk.com
dthompson@cooperkirk.com

*Counsel for Legislative Defendants*

JOSHUA H. STEIN
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General

3

N.C. State Bar No. 25731
mcbabb@ncdoj.gov

Laura McHenry
Special Deputy Attorney General
N.C. State Bar No. 45005
lmchenry@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel for the State Board Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Joint Notice of Availability for Hearing with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This, the 16th day of February, 2024.

*/s/ Preston Smith*
Preston Smith

## CERTIFICATE OF WORD COUNT

The undersigned counsel hereby certifies that pursuant to Local Rules 7.3(d) and 72.4, the foregoing has a word count of less than 6,250 words not including the caption, signature block and certification of word count. This document was prepared in Microsoft Word, from which the word count is generated.

Dated this 16th day of February, 2024.

*/s/ Preston Smith*
Preston Smith