EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*,<br>Defendants. | No. 1:18-cv-01034 |

**PLAINTIFFS' SUPPLEMENTAL EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e)**

Pursuant to Federal Rule of Civil Procedure 26(e), Plaintiffs, by and through their counsel hereby disclose the expert report of the following expert witness to supplement the expert reports provided during the preliminary injunction phase of this proceeding:

1. Supplemental Expert Report of Michael C. Herron

Plaintiffs reserve the right of their experts to amend and/or supplement their opinions and reports if additional information, including but not limited to additional testimony and/or production of documents, becomes available after the completion of their reports. Plaintiffs also reserve the right of their experts to amend and/or supplement their opinions and reports in response to any expert reports and testimony provided by Defendant's experts.

December 20, 2021 Respectfully submitted,

*By: /s/ Irving Joyner*
Irving Joyner
NC State Bar No. 7830
P.O. Box 374
Cary, NC 27512
Phone: (919) 319-8353
ijoyner@nccu.edu

*By: /s/ Penda D. Hair*
Penda D. Hair
DC Bar No. 335133
**FORWARD JUSTICE**
P.O. Box 42521
Washington, DC 20015
Phone: (202) 256-1976
phair@forwardjustice.org

Caitlin A. Swain
NC Bar No. 57042
**FORWARD JUSTICE**
P.O. Box 1932
Durham, NC 27702
Phone: (919) 907-8586
cswain@forwardjustice.org

*By: /s/ James W. Cooper*
James W. Cooper
DC Bar No. 421169
Jeremy C. Karpatkin
John M. Hindley*
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-6603
James.W.Cooper@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
John.Hindley@arnoldporter.com

John C. Ulin
CA Bar 165524
**TROYGOULD**
1801 Century Park East
Los Angeles, CA 90067
Phone: (310) 789-1224
julin@troygould.com

* *Pro Hac Vice Admission Pending*

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically served a true and correct copy of the foregoing documents by email to Defendants' counsel in this matter.

Dated: December 20, 2021

*/s/ James W. Cooper*
James W. Cooper