# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE ) <br> CONFERENCE OF THE ) <br> NAACP et al, ) <br> ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROY A COOPER, III, et al, ) <br> ) <br>         Defendants. ) | 1:18CV1034 |

# NOTICE OF HEARING
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

PLACE: **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC, Courtroom No. 4**
DATE & TIME: **May 2, 2024 – 10:00 a.m.**
PROCEEDING: **Final Pretrial Conference**

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Case Manager

Date: April 18, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD