| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, CHAPEL HILL – CARRBORO NAACP, GREENSBORO NAACP, HIGH POINT NAACP, MOORE COUNTY NAACP, STOKES COUNTY BRANCH OF THE NAACP, WINSTON SALEM – FORSYTH COUNTY NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; *et al.*,<br><br>*Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Legislative Defendant Intervenors.* | 1:18CV1034 |

# ORDER

This matter is before the Court on Legislative Defendants' Motion to Permit the use of Electronic Devices by Support Staff. (ECF No. 263.)

Based on the representations to the Court and for good cause shown,

**IT IS HEREBY ORDERED** that Legislative Defendants' Motion to Permit Use of

Electronic Devices by Support Staff at Trial is **GRANTED**, and Gessica Taddei and Paige Proctor are permitted to bring in laptop computers for the bench trial.

This, the 18th day of April 2024.

/s/ Loretta C. Biggs
United States District Judge