# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the Senate, *et al.*, <br><br> *Legislative Defendants-Intervenors.* | No. 1:18-cv-01034 <br><br><br><br><br><br> **PLAINTIFFS' NOTICE REGARDING PLAINTIFFS' PREVIOUSLY FILED MOTIONS (ECF NOS. 254 & 257-260) TO EXCLUDE CERTAIN DEFENSE EXPERTS** |

      Plaintiffs North Carolina State Conference of the NAACP, Chapel Hill - Carrboro NAACP, Greensboro NAACP, High Point NAACP, Moore County NAACP, Stokes County Branch of the NAACP, and Winston Salem - Forsyth County NAACP ("Plaintiffs") submit this notice to advise the Court that it need not decide certain motions filed by Plaintiffs to exclude potential defense experts and instead may hold those motions in abeyance or dismiss them without prejudice.

      On April 12, 2024, Plaintiffs filed certain motions which sought to exclude the testimony of the Legislative Defendants five potential expert witnesses. *See* ECF No. 254 & 257-260. Each motion noted that Legislative Defendants had not yet made witness

list disclosures pursuant to Rule 26(a)(3), and that the motions were being made in the event Legislative Defendants intended to present testimony from any of the individuals.

Since Plaintiffs filed these motions, the Legislative Defendants subsequently served their Rule 26(a)(3) witness lists on April 15, 2024. ECF No. 262. Because the Legislative Defendants did not list any of these experts, Plaintiffs respectfully submit that the Court need not decide these motions at this time and instead may hold them in abeyance or dismiss them without prejudice.

For the Court's reference, the motions at issue are:

- Plaintiffs' Motion *in Limine* to Exclude Opinion Testimony of Dr. Paul Gimpel, ECF No. 254.

- Plaintiffs' Motion *in Limine* to Exclude Opinion Testimony of Mr. Ken Block, ECF No. 257.

- Plaintiffs' Motion *in Limine* to Partially Exclude Opinion Testimony of Dr. Janet Thornton, ECF No. 258.

- Plaintiffs' Motion *in Limine* to Exclude Opinion Testimony of Dr. Keegan Callanan, ECF No. 259.

- Plaintiffs' Motion *in Limine* to Exclude Opinion Testimony of Dr. M.V. Hood III, ECF No. 260

Plaintiffs appreciate the Court's attention to this matter.

Dated: April 18, 2024

Respectfully submitted,

*By: /s/ Preston Smith*
Preston Smith
D.C. Bar No. 1002179
Jeremy C. Karpatkin
D.C. Bar No. 980263
John Freedman
D.C. Bar No. 453075
**ARNOLD & PORTER KAYE SCHOLER LLP**

601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-6603
Jeremy.Karpatkin@arnoldporter.com

Caitlin A. Swain
NC Bar No. 57042
Kathleen E. Roblez
NC Bar No. 57039
Ashley Mitchell
NC Bar No. 56889
**FORWARD JUSTICE**
P.O. Box 1932
Durham, NC 27721
Phone: (919) 323-3889
cswain@forwardjustice.org
kroblez@forwardjustice.org
amitchell@forwardjustice.org

*By: /s/ Penda D. Hair*
Penda D. Hair
DC Bar No. 335133
**FORWARD JUSTICE**
P.O. Box 42521
Washington, DC 20015
Phone: (202) 256-1976
phair@forwardjustice.org

*By: /s/ Irving Joyner*
Irving Joyner
NC State Bar No. 7830
P.O. Box 374
Cary, NC 27512
Phone: (919) 319-8353
ijoyner@nccu.edu

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing PLAINTIFFS' WITNESS LIST with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This, the 18th day of April 2024.

                                                 */s/ Preston Smith*
                                                 Preston Smith