UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*, <br><br> *Defendants,* <br><br> and <br><br> PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the Senate, *et. al*, <br><br> *Legislative Defendants-Intervenors.* | No. 1:18-cv-01034 <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that David E. Kouba enters this Notice of Appearance as counsel representing Plaintiffs North Carolina State Conference of the NAACP, Chapel Hill - Carrboro NAACP, Greensboro NAACP, High Point NAACP, Moore County NAACP, Stokes County Branch of the NAACP, and Winston Salem - Forsyth County NAACP in this matter.

Dated: April 30, 2024                             Respectfully submitted,

1

Case 1:18-cv-01034-LCB-LPA   Document 293   Filed 04/30/24   Page 1 of 3

*By: /s/ David E. Kouba*
David E. Kouba
N.C. State Bar No. 28624
Jeremy C. Karpatkin
D.C. Bar No. 980263
John Freedman
D.C. Bar No. 453075
Preston Smith
D.C. Bar No. 1002179
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-6603
Jeremy.Karpatkin@arnoldporter.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This, the 30th day of April 2024.

*/s/ David E. Kouba*
David E. Kouba