UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, CHAPEL HILL – CARRBORO NAACP, GREENSBORO NAACP, HIGH POINT NAACP, MOORE COUNTY NAACP, STOKES COUNTY BRANCH OF THE NAACP, WINSTON SALEM – FORSYTH COUNTY NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; *et al.*,<br><br>*Defendants,*<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Legislative Defendant Intervenors.* | 1:18CV1034 |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Permit the use of Electronic Devices by Support Staff. (ECF No. 292.)

Based on the representations to the Court and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Permit Use of Electronic Devices by Support Staff at Trial is **GRANTED**, and Troy Strunkey, Kelly Moore, Elizabeth Fournier, Clarrissa Greene, Isela Gutierrez, Gaynelle Little, Rameisha Bordeaux, and Stephen

Najarian are permitted to bring in laptop computers, cell phones, and other electronic devices for the bench trial.

This, the 2nd day of May 2024.

/s/ Loretta C. Biggs
United States District Judge