UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, <br><br> *Legislative Defendants*. | Case No. 1:18-cv-01034-LCB-LPA <br><br> **MOTION TO WITHDRAW** |

In accordance with Middle District of North Carolina Local Rule 83.1(e), undersigned counsel Nicole J. Moss, on behalf of Kate Hardiman Rhodes, respectfully notifies this Court that Ms. Hardiman Rhodes has left Cooper & Kirk, PLLC, and moves this Court for leave to withdraw Ms. Hardiman Rhodes from this case as counsel for Legislative Defendants. Legislative Defendants Philip E. Berger and Timothy K. Moore will continue to be represented by attorneys Nicole J. Moss, David H. Thompson, Peter A. Patterson, and Clark L. Hildabrand of Cooper & Kirk, PLLC.

Dated: July 17, 2024                                          Respectfully submitted,

/s/ Nicole J. Moss                                            /s/ David H. Thompson
Nicole J. Moss (State Bar No. 31958)                          Peter A. Patterson
COOPER AND KIRK, PLLC                                         Clark L. Hildabrand
1523 New Hampshire Avenue, N.W.                               Kate Hardiman Rhodes
Washington, D.C. 20036                                        COOPER AND KIRK, PLLC
Telephone: (202) 220-9600                                     1523 New Hampshire Avenue, N.W.
Fax: (202) 220-9601                                           Washington, D.C. 20036
nmoss@cooperkirk.com                                          Telephone: (202) 220-9600
                                                              Fax: (202) 220-9601
*Local Civil Rule 83.1 Counsel for*                           dthompson@cooperkirk.com
*Legislative Defendants*
                                                              *Counsel for Legislative Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on July 17, 2024, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

The undersigned counsel also certifies that the clients below have been served the motion via Federal Express and will continue to be represented by other counsel who have entered appearances on their behalf.

<u>Senator Phil Berger</u>
c/o Brian Fork
General Counsel
Office of President Pro Tempore Phil Berger
North Carolina Senate
16 West Jones Street, Room 2007
Raleigh, NC 27601

<u>Speaker Tim Moore</u>
c/o Neal Inman
General Counsel
Office of Speaker Tim Moore
North Carolina House of Representatives
16 West Jones Street, Room 2304
Raleigh, NC 27601

/s/ Nicole J. Moss
Nicole J. Moss

*Counsel for Legislative Defendants*