UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives, <br><br> *Legislative Defendant Intervenors*. | CASE NO. 1:18-cv-1034 |

## LEGISLATIVE DEFENDANTS' NOTICE OF SUBSTITUTION

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Intervenors hereby provide notice that Timothy K. Moore has ceased to hold the office of Speaker of the North Carolina House of Representatives and that Destin C. Hall is the successor to that office. Intervenors accordingly request that further proceedings should be in Destin C. Hall's name as the automatically substituted party.

1

Dated: January 8, 2025

/s/ Nicole J. Moss
Nicole J. Moss (State Bar No. 31958)
COOPER AND KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
nmoss@cooperkirk.com

*Local Civil Rule 83.1 Counsel for Legislative Defendants*

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
Clark L. Hildabrand
COOPER AND KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Legislative Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on January 8, 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss
*Counsel for Legislative Defendants*
