# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br> *Plaintiffs*, <br> v. <br> ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*, <br><br> and <br><br> PHILIP E. BERGER, *et al.*, <br><br> *Legislative Defendant Intervenors*. | CASE NO. 1:18-cv-01034-LCB-LPA <br><br> **MOTION TO WITHDRAW** |

Pursuant to Local Rule 83.1(e), undersigned counsel John A. Freedman, on behalf of Zachary Nemirovsky respectfully notifies this Court that Mr. Nemirovsky has left Arnold & Porter Kaye Scholer, LLP, and moves this Court for leave to withdraw Mr. Nemirovsky from this case as counsel for Plaintiffs. Plaintiffs will continue to be represented by attorneys at Forward Justice and Arnold & Porter Kaye Scholer LLP, as well as attorney Irving L. Joyner.

Respectfully Submitted this 28th day of February 2025

*By: /s/ John Freedman*
John A. Freedman
DC Bar No. 453075
Jeremy C. Karpatkin
DC Bar No. 980263
Preston Smith
DC Bar No. 1002179
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-5000
John.Freedman@arnoldporter.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This, the 28th day of February, 2025.

*/s/ John Freedman*
John Freedman