IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*, <br><br> Defendants, <br><br> and <br><br> DESTIN C. HALL, *et al.*, <br><br> Legislative Defendant-Intervenors. | CASE NO. 1:18-cv-01034 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Special Deputy Attorney General Mary L. Lucasse, hereby enter her notice of appearance as counsel for Defendants Alan Hirsch, Jeff Carmon, III, Stacy "Four" Eggers, IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, sued in their official capacities as Members of the State Board of Elections (collectively "State Board Defendants"). The undersigned certify that she is a member in good standing with the bar of the state of North Carolina and is admitted to practice law in the United States District Court for the Middle District of North Carolina.

[Signature Page Follows]

Respectfully submitted this the 28th day of April, 2025.

                                             DEPARTMENT OF JUSTICE

                                             /s/ Mary L. Lucasse
                                             Mary L. Lucasse
                                             Special Deputy Attorney General
                                             N.C. Bar No.: 38153
                                             Email: mlucasse@ncdoj.gov

                                             North Carolina Department of Justice
                                             Post Office Box 629
                                             Raleigh, North Carolina 27602
                                             Telephone: (919) 716-6962

                                             *Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEARANCE OF COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

This the 28th day of April, 2025.

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General