# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA STATE
CONFERENCE OF THE NAACP, *et al.*,

    Plaintiffs,

     v.

ALAN HIRSCH, in his official capacity as
Chair of the North Carolina State Board of
Elections, *et al.*,

    Defendants,

and

PHILIP E. BERGER, in his official
capacity as President Pro Tempore of the
North Carolina Senate, *et al.*,

   Legislative Defendant Intervenors.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:18CV1034

## JUDGMENT

For the reasons set forth in the Trial Findings of Fact and Conclusions of Law filed on March 26, 2026,

  **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment shall be entered in favor of Defendants on both Plaintiffs' claim under the Fourteenth and Fifteenth Amendments and Plaintiffs' claim under § 2 of the Voting Rights Act, and this action is hereby **DISMISSED**.

This, the 31st day of March 2026.

/s/ Loretta C. Biggs        
Senior United States District Judge
