## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, *et al.*,<br><br>    *Defendants*. | No. 1:18-cv-01034 |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(c)(1) and 4(a), notice is hereby given that Plaintiffs North Carolina State Conference of the NAACP, Chapel Hill-Carrboro NAACP, Greensboro NAACP, High Point NAACP, Moore County NAACP, Stokes County Branch of the NAACP, and Winston-Salem-Forsyth County NAACP ("Plaintiffs") appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order and Judgment (ECF Nos. 348 and 349) in the above-captioned case, and all underlying findings, determinations, rulings, opinions, and orders entered in the case that were adverse, either in whole or in part, to Plaintiffs.

1

Respectfully Submitted this 29th day of April 2026,

*/s/Kathleen E. Roblez*
Caitlin A. Swain
NC Bar No. 57042
Kathleen E. Roblez
NC Bar No. 57039
Ashley Mitchell
NC Bar No. 56889
**FORWARD JUSTICE**
P.O. Box 1932
Durham, NC 27721
Phone: (919) 323-3889
cswain@forwardjustice.org
kroblez@forwardjustice.org
amitchell@forwardjustice.org

*/s/ John A. Freedman*
John A. Freedman
DC Bar No. 453075
Preston Smith
DC Bar No. 1002179
Jeremy C. Karpatkin
DC Bar No. 980263
John Freedman
DC Bar No. 453075
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-6603
Preston.Smith@arnoldporter.com
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com

2

*/s/ Irving Joyner*
Irving Joyner
NC State Bar No. 7830
P.O. Box 374
Cary, NC 27512
Phone: (919) 319-8353
ijoyner@nccu.edu

*By: /s/ Penda D. Hair*
Penda D. Hair
DC Bar No. 335133
**FORWARD JUSTICE**
P.O. Box 42521
Washington, DC 20015
Phone: (202) 256-1976
phair@forwardjustice.org

*Counsel for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This, the 29th day of April 2026,

*/s/Kathleen E. Roblez*