FILED: May 1, 2026

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 26-1541
(1:18-cv-01034-LCB-LPA)

_____

NORTH CAROLINA STATE CONFERENCE OF THE NAACP; CHAPEL HILL-CARRBORO NAACP; GREENSBORO NAACP; HIGH POINT NAACP; MOORE COUNTY NAACP; STOKES COUNTY BRANCH OF THE NAACP; WINSTON SALEM-FORSYTH COUNTY NAACP

       Plaintiffs - Appellants

v.

ALAN HIRSCH; STACY CLYDE EGGERS, IV, in her official capacity; JEFFERSON CARMON, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN N. LEWIS; SIOBHAN O'DUFFY MILLEN

       Defendants - Appellees

and

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives; VOTER INTEGRITY PROJECT

       Intervenors - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|

| Originating Case Number | 1:18-cv-01034-LCB-LPA |
|---|---|
| Date notice of appeal filed in originating court: | 04/29/2026 |
| Appellant(s) | NORTH CAROLINA STATE CONFERENCE OF THE NAACP; CHAPEL HILL-CARRBORO NAACP; GREENSBORO NAACP; HIGH POINT NAACP; MOORE COUNTY NAACP; STOKES COUNTY BRANCH OF THE NAACP; WINSTON SALEM-FORSYTH COUNTY NAACP |
| Appellate Case Number | 26-1541 |
| Case Manager | R. Phillips 804-916-2702 |